UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23 CR 293 HEA/JSD |
| | ) |
| BRANDON BOSLEY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

Defendant, BRANDON BOSLEY, through counsel, Diane L. Dragan, asks that the Court continue the status hearing currently set for August 6, 2025, until on or after August 11, 2025. Counsel is currently in trial in another case and regrettably will not be able to attend the scheduled hearing.

WHEREFORE, Mr. Bosley requests that the status hearing be continued until on or after August 11, 2025.

Respectfully submitted,

/s/ Diane L. Dragan
DIANE L. DRAGAN 73591MO
DRAGAN LAW FIRM, LLC.
10805 Sunset Office Drive Ste 210
St. Louis, MO 63127
Diane@Draganlawfirm.com
Ph: (314)788-7323
Attorney for Defendant

### CERTIFICATE OF SERVICE

Counsel Diane L. Dragan certifies that the forgoing was filed electronically via the Court's electronic filing system and served via the same upon AUSA Hal Goldsmith via email.

Dated August 6, 2025.

/s/ Diane Dragan
Attorney for Defendant